IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 3:05-759-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTINA JACOBS | ) | |
| | ) | |

This matter is before the court upon the defendant's motion requesting that the United States Probation Office provide her with a copy of a lab report from December 2, 2005 documenting that she tested positive for marijuana use while on pretrial bond. The defendant seeks the information to assist her in qualifying for the Federal Bureau of Prison's drug treatment program.

The United States Probation Office (USPO) has advised the court that this particular incident of drug use was documented in the defendant's presentence report (PSR). In addition, the PSR notes that the defendant began using marijuana when she was 16 years old but stopped using it at the age of 22. The USPO has indicated to the court that it has no other documentation regarding the positive drug test while the defendant was on pretrial bond and has no documentation that the defendant used marijuana prior to being charged for the offense for which she is incarcerated.

For the foregoing reasons, the defendant's motion (ECF No. 1232) is denied.

IT IS SO ORDERED.

January 11, 2013                              Joseph F. Anderson, Jr.
Columbia, South Carolina                      United States District Judge